THE STATE OF OHIO, APPELLANT, *v.* DELGADO, APPELLEE.

[Cite as *State v. Delgado* (1998), 83 Ohio St.3d 434.]

(No. 98–982—Submitted August 19, 1998—Decided October 28, 1998.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *L. Christopher Frey,* Assistant Prosecuting Attorney, for appellant.

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.